FILED

2018 AUG 17 AM 11: 27

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: **3:18 CV 1908** |
| Plaintiff, | ) | **JUDGE HELMICK** |
| v. | ) | **MAG. JUDGE JAMES R. KNEPP II** |
| GREGORY J. GERBER, M.D., | ) | <u>MOTION FOR LEAVE TO FILE</u> |
| | ) | <u>COMPLAINT UNDER SEAL</u> |
| AND | ) | |
| GREGORY J. GERBER, MD LLC | | |
| DEFENDANTS. | | |

The United States of America, through its undersigned counsel, respectfully requests leave to file under seal the attached Complaint; Motion for a Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Affidavit of Jessica Stransky Chrisman, with Exhibits; Affidavit of Kendall Miller, with Exhibits; and Affidavit of Milton H. Landers, D.O., Ph. D., with Exhibits. The United States is engaged in parallel civil and criminal investigations of Defendants Gregory J. Gerber, M.D. and Gregory J. Gerber, MD LLC, with execution of search warrants planned for August 22, 2018. In order to prevent the

destruction of evidence prior to the execution of the search warrants, the United States requests that the seal remain in place only until the search warrants can be executed.

> Respectfully submitted,
>
> JUSTIN E. HERDMAN
> United States Attorney
>
> CHAD A. READLER
> Acting Assistant Attorney General
> United States Department of Justice
> Civil Division
>
> By: /s/ Patricia M. Fitzgerald
> Patricia M. Fitzgerald (PA: 308973)
> Assistant United States Attorney
> United States Court House
> 801 West Superior Avenue, Suite 400
> Cleveland, OH 44113
> (216) 622-3779
> (216) 522-2404 (facsimile)
> Patricia.Fitzgerald2@usdoj.gov
>
> Angelita Cruz Bridges (0072688)
> Assistant United States Attorney
> Four Seagate, Suite 308
> Toledo, OH 43604-2624
> (419) 259-6376
> (419) 259-6360 (facsimile)
> Angelita.Bridges@usdoj.gov
>
> Jill Furman
> David A. Frank (DC: 433338)
> Trial Attorney
> Consumer Protection Branch
> Civil Division
> P.O. Box 386
> Washington, D.C. 20044
> (202) 307-0061
> (202) 514-8742 (facsimile)
> David.Frank@usdoj.gov