FILED

2018 AUG 22 AM 10: 19

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18-cv-01908 |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| v. | ) ) | |
| GREGORY J. GERBER, M.D., | ) ) | MOTION TO UNSEAL |
| AND | ) ) | |
| GREGORY J. GERBER, MD LLC | ) | **FILED TEMPORARILY UNDER SEAL** |
| Defendants. | ) ) | |

Pursuant to the Court's August 20, 2018, Order, (Doc. #7) undersigned counsel hereby notifies the Court that the search warrants associated with the ongoing criminal investigation of Gregory J. Gerber, M.D. and Gregory J. Gerber, MD LLC, have been executed. Therefore, the United States requests that the seal on this case be lifted and all documents be made available to the public.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice
Civil Division

By: *Angelita Cruz Bridges/jc*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
(419) 259-6376
(419) 259-6360 (facsimile)
Angelita.Bridges@usdoj.gov

Patricia M. Fitzgerald (PA: 308973)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald2@usdoj.gov

Jill Furman
David A. Frank (DC: 433338)
Trial Attorney
Consumer Protection Branch
Civil Division
P.O. Box 386
Washington, D.C. 20044
(202) 307-0061
(202) 514-8742 (facsimile)
David.Frank@usdoj.gov

2