IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18-cv-01908 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY J. GERBER, M.D., | ) | JOINT STATUS REPORT |
| | ) | |
| and | ) | |
| | ) | |
| GREGORY J. GERBER, MD LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order dated November 16, 2020 (ECF No. 62), the parties hereby notify the Court that no criminal charges have been filed against Dr. Gregory J. Gerber at this time. The parties request that the stay continue.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
United States Department of Justice
Civil Division

By:  *s/ Patricia M. Fitzgerald*
Patricia M. Fitzgerald (PA: 308973)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald2@usdoj.gov

2

Angelita Cruz Bridges (OH: 0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
(419) 259-6376
(419) 259-6360 (facsimile)
Angelita.Bridges@usdoj.gov

David A. Frank (DC: 433338)
Trial Attorney
Consumer Protection Branch
Civil Division
P.O. Box 386
Washington, D.C. 20044
(202) 307-0061
(202) 514-8742 (facsimile)
David.Frank@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

*s/ John B. Gibbons*
John B. Gibbons, Esq. (0027294)
55 Public Square
Suite 2100
Cleveland, Ohio 44113
(216) 363-6086; Fax (216) 363-6075
Email: jgibbons4@sbcglobal.net

Robert E. Friedman, Esq. (0026626)
P.O. Box 38004
Olmsted Falls, Ohio 44138
(440) 503-4514
Email: friedman.robert@gmail.com

*Counsel for Defendants Gregory J.*
*Gerber, M.D. and Gregory J. Gerber, MD*
*LLC*

2