IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18-cv-01908 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY J. GERBER, M.D., | ) | <u>JOINT STATUS REPORT</u> |
| | ) | |
| and | ) | |
| | ) | |
| GREGORY J. GERBER, MD LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order dated January 12, 2022, the parties hereby notify the Court that the criminal case against Dr. Gregory J. Gerber is still pending.  3:21CR260.  The parties request that the stay of the civil case continue.

                Respectfully submitted,

                MICHELLE M. BAEPPLER
                Acting United States Attorney

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney
                 General
                United States Department of Justice
                Civil Division

           By: *s/ Patricia M. Fitzgerald*
              Patricia M. Fitzgerald (PA: 308973)
              Assistant United States Attorney
              United States Court House
              801 West Superior Avenue, Suite 400
              Cleveland, OH 44113
              (216) 622-3779
              (216) 522-2404 (facsimile)
              Patricia.Fitzgerald2@usdoj.gov

Angelita Cruz Bridges (OH: 0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
(419) 259-6376
(419) 259-6360 (facsimile)
Angelita.Bridges@usdoj.gov

David A. Frank (DC: 433338)
Senior Litigation Counsel
Consumer Protection Branch
Civil Division
P.O. Box 386
Washington, D.C. 20044
(202) 307-0061
(202) 514-8742 (facsimile)
David.Frank@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

*s/ John B. Gibbons*
John B. Gibbons, Esq. (0027294)
55 Public Square
Suite 2100
Cleveland, Ohio 44113
(216) 363-6086; Fax (216) 363-6075
Email: jgibbons4@sbcglobal.net

Robert E. Friedman, Esq. (0026626)
P.O. Box 38004
Olmsted Falls, Ohio 44138
(440) 503-4514
Email: friedman.robert@gmail.com

*Counsel for Defendants Gregory J.*
*Gerber, M.D. and Gregory J. Gerber, MD*
*LLC*